```
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
DANIEL M. RYAN, ESQ.
Nevada Bar No. 12485
THE COTTLE FIRM
8635 South Eastern Avenue
Las Vegas, NV 89123
Telephone: (702) 722-6111
Facsimile: (7020 834-8555
dryan@cottlefirm.com
```
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID A. OLSEN,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO INSURANCE AGENCY, INC.; DOES I through XX, inclusive; ROE CORPORATIONS I through XX, inclusive; DOE INSURANCE ADJUSTERS I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-0503-GMN-CWH |

### (CORRECTED) STIPULATION AND ORDER TO AMEND CAPTION TO REFECT PROPER DEFENDANT NAME

COMES NOW, Plaintiff DAVID A. OLSEN, by and through his counsel of record, ROBERT W. COTTLE, ESQ., and DANIEL M. RYAN, ESQ., of THE COTTLE FIRM, as well as Defendants GEICO INDEMNITY COMPANY ("GEICO", erroneously named GEICO Insurance Company, Inc.), by and through their counsel of record, ROBERT W. FREEMAN, ESQ., and PAMELA L. MCGAHA, ESQ., of LEWIS BRISBOIS BISGAARD & SMITH LLP, and the parties hereby stipulate to the following:

IT IS HEREBY STIPULATED AND AGREED that the case caption in this matter will be amended to read as follows:

| | |
|---|---|
| DAVID A. OLSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>GEICO INDEMNITY COMPANY; DOES I through XX, inclusive; ROE CORPORATIONS I through XX, inclusive; DOE INSURANCE ADJUSTERS I through XX, inclusive,<br><br>  Defendant. | CASE NO.: 2:17-cv-0503-GMN-CWH |

DATED this 13th day of July, 2017.                    DATED this 13th day of July, 2017.

*/s/ Robert W. Cottle*
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
THE COTTLE FIRM
8635 S. Eastern Avenue
Las Vegas, Nevada 89123
(702) 722-6111
*Attorneys for Plaintiff*

*/s/ Pamela L. McGaha*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
PAMELA L. MCGAHA
Nevada Bar No. 8181
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
*Attorneys for Defendant*

**IT IS SO ORDERED**, this 20 day of _____July_____, 2017.

_____
UNITED STATES DISTRICT JUDGE